1 | BROWNE GEORGE ROSS LLP
Guy C. Nicholson (State Bar No. 106133)
2 |   gnicholson@bgrfirm.com
Lori Sambol Brody (State Bar No. 150545)
3 |   lbrody@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
4 |   kwesley@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
5 | Los Angeles, California 90067
Telephone: (310) 274-7100
6 | Facsimile:  (310) 275-5697

7 | SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP
Jay Bowen *(Admitted Pro Hac Vice)*
8 |   JBowen@shackelfordlaw.net
Will Parsons *(Admitted Pro Hac Vice)*
9 |   WParsons@shackelfordlaw.net
Mark Schottinger
10 |   MSchottinger@ shackelfordlaw.net
47 Music Square East
11 | Nashville, TN  37203
Telephone: (615) 329-4440
12 | Facsimile:  (615) 329-4485

13 | Attorneys for Plaintiff Unidisc Music Inc.

14 | UNITED STATES DISTRICT COURT

15 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 16  UNIDISC MUSIC INC., a Canadian corporation, | Case No. 2:17-cv-04287 Assigned to Hon. Cormac J. Carney Magistrate Judge John E. McDermott |
| 17 | |
| 18               Plaintiff, | |
| 19          vs. | |
| 20  WILLIAM SHELBY, an individual; KEVIN SPENCER, an individual; | **JOINT STATUS REPORT** |
| 21  LEON SYLVERS, an individual; NIEDRA BEARD a/k/a NIDRA SYLVERS, an individual; and LINDA | |
| 22  CARRIERE a/k/a LINDA VAN HORSSEN, an individual; and all | |
| 23  professionally known as DYNASTY, a musical group; THREE FOR LOVE, | |
| 24  INC., a California corporation; JODY WATLEY, an individual, JEFFREY | |
| 25  DANIELS, an individual; HOWARD HEWETT, an individual; and all | |
| 26  professionally known as SHALAMAR; OCEANFRONT, INC., a California | |
| 27  corporation; FRED ALEXANDER, JR., an individual; NORMAN BEAVERS, | |
| 28  an individual: MARVIN CRAIG. an | |

1  individual; FRED LEWIS, an
   individual; TIEMEYER McCAIN, an
2  individual; STEPHEN SHOCKLEY, an
   individual; THOMAS SHELBY, an
3  individual; OTIS STOKES, an
   individual; MARK WOOD, an
4  individual; and all professionally known
   as LAKESIDE, a musical group;
5  BOBBY LOVELACE, an individual;
   WILLIAM SIMMONS, an individual;
6  BOAZ WATSON, an individual;
   MELVIN GENTRY, an individual;
7  BELINDA LIPSCOMB, an individual;
   KENNETH GANT, an individual;
8  JEFFREY COOPER, an individual;
   VINCENT CALLOWAY, an
9  individual; REGINALD CALLOWAY,
   an individual; and all professionally
10 known as MIDNIGHT STAR, a
   musical group; MIDNIGHT STAR
11 PRODUCTIONS, INC., an Ohio
   corporation; LASTRADA
12 ENTERTAINMENT COMPANY,
   LTD., a New York corporation;
13 LAURENCE S. MOELIS, an
   individual; and STEPHEN MOELIS, an
14 individual,

15            Defendants.

16

17        Pursuant to this Court's Order dated April 6, 2020 (Dkt. No. 181), counsel for

18 Plaintiff/Counter-Defendant Unidisc Music Inc. ("Unidisc"); counsel for

19 Defendants/Counter-Plaintiffs Belinda Lipscomb, Melvin Gentry, Kenneth Gant,

20 Bobby Lovelace, Boaz Watson, William Simmons, Jeffrey Cooper, Vincent

21 Calloway, Reginald Calloway, and Midnight Star Productions, Inc. (collectively,

22 "Midnight Star"); and counsel for Defendant Mark Wood[1] hereby provide this Joint

23

24 [1] On April 10, 2020, Unidisc's counsel, Will Parsons, emailed a draft of this Joint
25 Status Report to counsel for Defendants Laurence S. Moelis and Stephen Moelis and
   Defendant/Counter-Plaintiff Lastrada Entertainment Company, Ltd. (collectively,
26 "Lastrada") and asked Lastrada's counsel to "review the attached Joint Status Report
   (and Exhibit) and let me know if I have permission to sign on your behalf and file
27 with the Court?"  Lastrada's counsel did not respond to this email.  Therefore, the
   Joint Status Report is not signed by Lastrada's counsel.  The other parties in this case
28

Status Report and state as follows:

1. In its Order dated April 6, 2020 (Dkt. No. 181), the Court requested that the parties identify the remaining claims in this case.

2. There are no remaining claims. All claims between all parties have been resolved.

3. Attached hereto as **<u>Exhibit 1</u>** is a chart identifying the disposition of the claims with respect to each party; the date of disposition; and the relevant docket entry number.

4. If the Court has any questions, counsel will be happy to provide additional information.

DATED: April 13, 2020            BROWNE GEORGE ROSS LLP
Guy C. Nicholson
Lori Sambol Brody
Keith J. Wesley

SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP
Jay Bowen
Will Parsons

By: */s/ Lori Sambol Brody*
Attorneys for Unidisc

DATED: April 13, 2020            IVIE, McNEILL & WYATT
Rickey Ivie
Jack F. Altura

By: */s/ Rickey Ivie*
Attorneys for Midnight Star

/ / /

/ / /

_____

(*i.e.*, parties other than Unidisc, Midnight Star, Lastrada, and Mark) have not appeared and/or are not represented by counsel.

1

2    DATED: April 13, 2020                    SCHIFFER & BUUS APC
                                              William L. Buus
3

4                                             By: */s/ William L. Buus*
                                              Attorney for Defendant Mark Wood
5

6    DATED:  April 13, 2020                   FOX ROTHSCHILD LLP
                                              Jeffrey S. Kravitz
7                                             Timothy C. Matson

8
                                              By:
9                                             Attorneys for Lastrada

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

1184044.1

**EXHIBIT 1**

**Claims Asserted by Unidisc Music Inc.**

| Defendant Name | Disposition | Date | Docket Number |
|---|---|---|---|
| William Shelby | Final Order and Judgment | January 30, 2020 | 179 |
| Kevin Spencer | Final Order and Judgment | January 30, 2020 | 179 |
| Leon Sylvers | Final Order and Judgment | January 30, 2020 | 179 |
| Niedra Beard a/k/a Nidra Sylvers | Final Order and Judgment | January 30, 2020 | 179 |
| Linda Carriere a/k/a Linda Van Horssen | Final Order and Judgment | January 30, 2020 | 179 |
| Three For Love, Inc. | Final Order and Judgment | January 30, 2020 | 179 |
| Jody Watley | Notice of Voluntary Dismissal Without Prejudice | September 13, 2019 | 170 |
| Jeffrey Daniels | Final Order and Judgment | January 30, 2020 | 179 |
| Howard Hewett | Final Order and Judgment | January 30, 2020 | 179 |
| Oceanfront, Inc. | Final Order and Judgment | January 30, 2020 | 179 |
| Fred Alexander, Jr. | Final Order and Judgment | January 30, 2020 | 179 |
| Norman Beavers | Final Order and Judgment | January 30, 2020 | 179 |
| Marvin Craig | Final Order and Judgment | January 30, 2020 | 179 |
| Fred Lewis | Final Order and Judgment | January 30, 2020 | 179 |
| Tiemeyer McCain | Order of Voluntary Dismissal | October 8, 2019 | 174 |
| Stephen Shockley | Final Order and Judgment | January 30, 2020 | 179 |
| Thomas Shelby | Final Order and Judgment | January 30, 2020 | 179 |
| Otis Stokes | Final Order and Judgment | January 30, 2020 | 179 |

| Mark Wood | Joint Stipulation of Dismissal Without Prejudice | September 13, 2019 | 169 |
|---|---|---|---|
| Bobby Lovelace | Joint Stipulation of Dismissal With Prejudice | November 12, 2019 | 178 |
| William Simmons | Joint Stipulation of Dismissal with Prejudice | November 12, 2019 | 178 |
| Boaz Watson | Joint Stipulation of Dismissal with Prejudice | November 12, 2019 | 178 |
| Melvin Gentry | Joint Stipulation of Dismissal with Prejudice | November 12, 2019 | 178 |
| Belinda Lipscomb | Joint Stipulation of Dismissal with Prejudice | November 12, 2019 | 178 |
| Kenneth Gant | Joint Stipulation of Dismissal with Prejudice | November 12, 2019 | 178 |
| Jeffrey Cooper | Joint Stipulation of Dismissal with Prejudice | November 12, 2019 | 178 |
| Vincent Calloway | Joint Stipulation of Dismissal with Prejudice | November 12, 2019 | 178 |
| Reginald Calloway | Joint Stipulation of Dismissal with Prejudice | November 12, 2019 | 178 |
| Midnight Star Productions, Inc. | Joint Stipulation of Dismissal with Prejudice | November 12, 2019 | 178 |
| Lastrada Entertainment Company, Ltd. | Joint Stipulation of Dismissal with Prejudice | January 22, 2019 | 126 |
| Laurence S. Moelis | Joint Stipulation of Dismissal with Prejudice | January 22, 2019 | 126 |
| Stephen Moelis | Joint Stipulation of Dismissal with Prejudice | January 22, 2019 | 126 |

**Counterclaims Asserted by Lastrada Entertainment Company, Ltd.**

| Counter-Defendant Name | Disposition | Date | Docket Number |
|---|---|---|---|
| Unidisc Music Inc. | Joint Stipulation of Dismissal with Prejudice | January 22, 2019 | 126 |

**Counterclaims/Third-Party Claims Asserted by Bobby Lovelace, William Simmons, Boaz Watson, Melvin Gentry, Belinda Lipscomb, Kenneth Gant, Jeffrey Cooper, Vincent Calloway, Reginald Calloway, and Midnight Star Productions, Inc. (collectively "Midnight Star")**

| Counter-Defendant Name | Disposition | Date | Docket Number |
|---|---|---|---|
| Unidisc Music Inc. | Joint Stipulation of Dismissal with Prejudice | November 12, 2019 | 178 |
| Sanctuary Records Group Limited | Stricken[1] | March 19, 2019 | 134 |

---

[1] In its Order granting in part Unidisc Music Inc.'s motion to strike the jury demand on Counts I and II of Midnight Star's Counterclaim, the Court noted that "[i]t does not appear…that Midnight Star has ever served or attempted to serve Sanctuary with process or that Sanctuary has ever appeared as a party in this action" and, "[a]ccordingly, the Court strikes Third-Party Defendant Sanctuary Records Group Limited from Midnight Star's Counterclaim…." (Dkt. No. 134 at 2 n.2).