# JS-6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. CV 17-04287-CJC-JEM                         Date:  April 20, 2020

Title: UNIDISC MUSIC, INC. v. WILLIAM SHELBY, *ET AL.*

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Gabriela Garcia                                    N/A
Deputy Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER CLOSING CASE**

After this case was reassigned to this Court from the calendar of Judge S. James Otero, the Court ordered the parties to submit a joint status report describing what claims remain in this case and between what parties.  (Dkt. 181.)  In their joint status report, the parties stated that "t[t]ere are no remaining claims" and "[a]ll claims between all parties have been resolved."  (Dkt. 182 [citing Dkt. Nos. 126, 134, 169, 170, 174, 178, 179].)  Accordingly, the Court **CLOSES** this case.

cb

MINUTES FORM 11
CIVIL-GEN                                        Initials of Deputy Clerk GGA